**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-11-112-2 |
| PHILIP WARE | § | |

# O R D E R

The court held an interim pretrial conference in this case on November 22, 2011. The defendant orally moved for a continuance. The government was unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | January 30, 2012 |
| Responses are to be filed by: | February 13, 2012 |
| Pretrial conference is reset to**:** | **February 21, 2012, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 27, 2012, at 9:00 a.m.** |

SIGNED on November 23, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge