# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-11-112-2 |
| PHILIP WARE | § | |

# O R D E R

Defendant Philip Ware filed an unopposed motion for continuance, (Docket Entry No. 95). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 16, 2012 |
| Responses are to be filed by: | April 30, 2012 |
| Final pretrial conference is reset to**:** | **May 2, 2012, at 9:00 a.m.** |
| Jury trial and selection are reset to: | **May 14, 2012, at 9:00 a.m.** |

SIGNED on January 27, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge