**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-112-1 |
| | § | |
| SIMONE BALL | § | |

**O R D E R**

Defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 156). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 27, 2012, at 10:00 a.m.**

SIGNED on November 2, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge