**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-112 |
| | § | |
| PHILLIP WARE | § | |
| SIMONE BALL | § | |

# O R D E R

Defendant Ware filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 158). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 10, 2012, at 9:00 a.m.**

SIGNED on November 19, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge